## DOZIER *v.* THE STATE.

Fish, J.    The verdict was supported by the evidence, and there was no error in refusing to give the charge requested, as it contained an expression of opinion as to what had been proved.
*Judgment affirmed.    All the Justices concurring, except Lumpkin, P. J., absent, and Candler, J., not presiding.*

Argued October 22, — Decided November 13, 1902.

Indictment for receiving stolen goods.    Before Judge Brinson. McDuffie superior court.    September 4, 1902.

*Matt W. Gross*, for plaintiff in error.
*J. S. Reynolds, solicitor-general*, by *John M. Graham*, contra.